TRAVIS F. CHANCE, ESQ., Bar No. 13800
tchance@bhfs.com
SARAH K. VOEHL, ESQ., Bar No. 16646
svoehl@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: 702.382.2101
Facsimile:  702.382.8135

DHAIVAT H. SHAH, ESQ.
(*will comply with LR IA 11-2 within 14 days*)
ds@grellas.com
ERIN ADRIAN, ESQ.
(*will comply with LR IA 11-2 within 14 days*)
ema@grellas.com
GRELLAS SHAH LLP
550 California St., Suite 1040
San Francisco, California 94104
Telephone: 408.255.6310
Facsimile: 408.255.6350

*Attorneys for Plaintiff SJ Medconnect Inc., d/b/a/ Thalamus*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SJ MEDCONNECT, INC., d/b/a THALAMUS, <br><br> Plaintiff, <br><br> v. <br><br> JOEL K. LEFKOVITZ and DOES 1-10, inclusive, <br><br> Defendants. | Case No.:  2:26-cv-00443 <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO MOVE OR PLEAD** <br><br> **(FIRST REQUEST)** |

NOW COME the Parties, jointly, and stipulate that Defendant shall have an additional 21 days, up to and including April 9, 2026, to answer, plead, or otherwise move in response to the Plaintiff's Complaint that was filed on February 19, 2026.

No prior extensions have been requested or granted in this case.

50794922.1

This extension of time is needed by Defendant's out-of-state counsel to associate with local counsel *pro hac vice* and to timely submit an application within 14 days hereof.

This is not meant to delay the case or prejudice anyone, and rather, is simply filed out of the time constraints of Defendant's counsel.

IT IS SO STIPULATED.

Respectfully submitted,

| **CHOKEN WELLING LLP** | **BROWNSTEIN HYATT FARBER SCHRECK, LLP** |
|---|---|
| */s/ David A. Welling*<br>DAVID A. WELLING (Ohio Bar No. 75934)<br>(*pro hac vice* to be filed within 14 days)<br>PO Box 14840<br>Copley Twp., Ohio 44321<br>Tel: (330) 865-4949/Fax: (330) 865-3777<br>Email: davidw@choken-welling.com | */s/ Travis F. Chance*<br>TRAVIS F. CHANCE (13800)<br>SARAH K. VOEHL (16646)<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106<br>Phone: (702) 382-2101/Fax: (702) 382-8165<br>Email: tchance@bhfs.com  svoehl@bhfs.com |
| *Counsel for Defendant Joel Lefkovitz* | *Counsel for Plaintiff SJ Medconnect, Inc. d/b/a Thalamus* |

### ORDER

The Court having reviewed the foregoing STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO MOVE OR PLEAD (FIRST REQUEST) in the above-captioned matter, and for good cause appearing therefor,

IT IS HEREBY ORDERED that Defendant's time to respond to Plaintiff's Complaint is extended to, and including April 9, 2026.

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE

Date:  March 16, 2026

- 2 -

50794922.1

BROWNSTEIN HYATT FARBER SCHRECK, LLP<br>Attorneys at Law<br>100 North City Parkway, Suite 1600<br>Las Vegas, NV 89106