TRAVIS F. CHANCE, ESQ., Bar No. 13800
tchance@bhfs.com
SARAH K. VOEHL, ESQ., Bar No. 16646
svoehl@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135

DHAIVAT H. SHAH, ESQ.
(admitted *pro hac vice*)
ds@grellas.com
GRELLAS SHAH LLP
550 California St., Suite 1040
San Francisco, California 94104
Telephone: 408.255.6310
Facsimile: 408.255.6350

*Attorneys for Plaintiff SJ Medconnect Inc., d/b/a/ Thalamus*



**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

SJ MEDCONNECT, INC., d/b/a THALAMUS,

Plaintiff,

v.

JOEL K. LEFKOVITZ and DOES 1-10, inclusive,

Defendants.

Case No.: 2:26-cv-00443

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff SJ Medconnect, Inc., d/b/a Thalamus, and Defendant Joel Lefkovitz, through their respective counsel of record, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action, including all claims and counterclaims asserted herein, be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER STIPULATED AND AGREED** that the Court shall retain jurisdiction over the parties to enforce the terms of their settlement agreement.

**IT IS SO STIPULATED**.

DATED: October 12, 2026

**CHOKEN WELLING LLP**

*/s/ David A. Welling*
DAVID A. WELLING (Ohio Bar No. 75934)
(admitted *pro hac vice*)
PO Box 14840
Copley Twp., Ohio 44321
Tel: (330) 865-4949/Fax: (330) 865-3777
Email: davidw@choken-welling.com

*Counsel for Defendant Joel Lefkovitz*

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

*/s/ Travis F. Chance*
TRAVIS F. CHANCE (303566)
SARAH K. VOEHL (16646)
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Phone: (702) 382-2101/Fax: (702) 382-8165
Email: tchance@bhfs.com svoehl@bhfs.com

GRELLAS SHAH LLP
DHAIVAT H. SHAH, ESQ. (admitted *pro hac vice)*

*Counsel for Plaintiff SJ Medconnect, Inc. d/b/a Thalamus*

**IT IS SO ORDERED.**

______________________________
**Unites States District Judge**

**Dated:** ______________________________

Case No. 2:26-cv-00443-JCM-EJY



BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, NV 89106